JS-6

**FILED**
JAN 14 2008
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| FABIAN Y. KHAMO, ) | Case No. EDCV 07-0492-PA (MLG) |
| ) | |
| Petitioner, ) | JUDGMENT |
| ) | |
| v. ) | |
| ) | |
| BRUCE HAWS, Warden, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

IT IS ADJUDGED that the petition herein is denied with prejudice.

Dated: January 10, 2008

_____
Percy Anderson
United States District Judge